```
 1  KENNETH L. WILTON (SBN: 126557) kwilton@seyfarth.com
    SEYFARTH SHAW LLP
 2  2029 Century Park East, Suite 3300
    Los Angeles, California 90067-3036
 3  Telephone: (310) 277-7200
    Facsimile:  (310) 201-5219
 4
    FRANCIS J. TORRENCE (SBN 154653) ftorrence@seyfarth.com
 5  SEYFARTH SHAW LLP
    560 Mission Street, Suite 3100
 6  San Francisco, California 94105
    Telephone: (415) 397-2823
 7  Facsimile: (415) 397-8549

 8  Attorneys for Defendants
    IMPERIAL BUILDING PRODUCTS, INC. and
 9  IMPERIAL BRUSH CO., LTD.
```

## UNITED STATES DISTRICT COURT

## IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSL, L.L.C., a Florida limited liability company,<br><br>  Plaintiff,<br><br>  v.<br><br>IMPERIAL BUILDING PRODUCTS, INC., a company organized under the laws of Canada, and IMPERIAL BRUSH CO., LTD., a company organized under the laws of Canada,<br><br>  Defendants. | Case No. C 03-05566 JCS<br><br>**STIPULATION RE: JOINT REQUEST FOR RESCHEDULING OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON** |

WHEREAS, the Court has scheduled a Case Management Conference in this matter for June 23, 2006, at 9:30 a.m., a date that conflicts with a pre-planned vacation and other matters for counsel for Defendants; and

WHEREAS, counsel have discussed among themselves and with the Court's Calendaring Clerk the possible dates for rescheduling the Case Management Conference to take into account the Court's schedule, the schedules of counsel, and Plaintiff's desire to have the Case Management Conference as soon as possible, and have determined that moving the Conference forward by one week will come as close as possible to accommodate those schedules; and

---

**Stipulation Re: Joint Request For Rescheduling of Case Management Conference and Order Thereon; Case No. C 03-05566 JCS**

1     WHEREAS, Defendants have requested under separate cover that they be represented by co-counsel, Mr. Torrence, at the Case Management Conference;

    IT IS HEREBY STIPULATED by and between the parties hereto, with this Honorable Court's consent, that the Case Management Conference presently scheduled for June 23, 2006 at 1:30 p.m. be moved to June 16, 2006 at 1:30 p.m., and that the parties shall file a Joint Updated Case Management Conference Statement on or before June 9, 2006.

DATED: June 5, 2006      SEYFARTH SHAW LLP

By: _____
Francis J. Torrence
Attorneys for Defendants
IMPERIAL BUILDING PRODUCTS, INC.
AND IMPERIAL BRUSH CO., LTD.

DATED: June 2, 2006      TOWNSEND AND TOWNSEND AND CREW LLP

By: _____
Marc M. Gorelnik
Attorneys for Plaintiff
CSL, L.L.C.

**ORDER**

IT IS SO ORDERED.

Date: June 6, 2006

HON. JOSEPH C. SPERO
U.S. MAGISTRATE JUDGE

---

**Stipulation Re: Joint Request For Rescheduling of Case Management Conference and Order Thereon; Case No. C 03-05566 JCS**