# SEYFARTH SHAW LLP
ATTORNEYS

One Century Plaza
2029 Century Park East
Suite 3300
Los Angeles, CA 90067-3063
310-277-7200
fax 310-201-5219
www.seyfarth.com

Writer's direct phone
(310) 201-5271

Writer's e-mail
kwilton@seyfarth.com

Writer's direct fax
(310) 282-6971

June 5, 2006

**VIA HAND DELIVERY**

Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
Suite 1111
San Francisco, CA 94102

Re: *CSL, L.L.C. v. Imperial Building Products, Inc.*
Case No. C03-05566 JCS

Dear Judge Spero:

This letter concerns the Case Management Conference that, if the stipulation and proposed order submitted today is approved, will go forward on June 16, 2006 at 1:30 p.m. While I am the lead trial counsel on this matter, I will not be able to attend the conference due to a conflict with a pre-planned vacation.[1]

Accordingly, we respectfully request that Francis J. Torrence, a partner in my San Francisco office, be permitted to represent the Imperial Building defendants at the CMC. Mr. Torrence has been intimately involved in this matter from inception, and will be in the position to fully represent our clients at the CMC, including stipulating to scheduling and similar matters.

Please inform us if this arrangement is amenable with the Court.

Very truly yours,

Dated: June 12, 2006

SEYFARTH SHAW LLP

Kenneth L. Wilton

*IT IS SO ORDERED*
Judge Joseph C. Spero

KLW:ke
cc: Marc M. Gorelnik, Esq.

---

[1] I also am unable to attend the Conference as originally scheduled on June 23, 2006, and we have requested the change in date to allow Mr. Torrence (who was also unavailable on June 23, 2006) to appear.

LA1 6583456.1

BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA