UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSL, LLC, | Case No. 03-05566 JCS |
| Plaintiff(s), | |
| v. | **CEASE AND DESIST ORDER AND SCHEDULE FOR FURTHER BRIEFING** |
| IMPERIAL BUILDING PRODUCTS, INC., ET AL., | |
| Defendant(s). | |

On March 12, 2006, the Ninth Circuit affirmed-in-part and reversed-in-part this Court's April 29, 2005 Order, the appellate court holding that Defendants Imperial Building Products, Inc. And Imperial Brush Co., Ltd (together Imperial) are "not in compliance with paragraph two" of the Final Judgment and Injunction (the Injunction) entered by this Court on April 30, 2004. The Ninth Circuit remanded for further proceedings in light of this holding.

Accordingly, IT IS HEREBY ORDERED that Imperial, its officers, agents, servants, and employees, and all persons acting under, in concert with, or for Imperial, shall immediately cease all sales, distribution, display and promotion of Imperial's current SUPERSWEEP PLUS fire log product.

IT IS HEREBY FURTHER ORDERED that Imperial shall contact in writing all customers, retailers, and distributors to whom Imperial sold the current SUPERSWEEP PLUS product as well as anyone else Imperial reasonably knows has received a shipment of the current SUPERSWEEP PLUS product. Imperial's written communication shall:

1. Notify the recipient that this Court has ordered that all sales of the current SUPERSWEEP PLUS product cease;

2. Instruct all recipients to cease sales and to remove the SUPERSWEEP PLUS product from store shelves or other form of display pending further contact from Imperial; and

3. Provide each recipient with a copy of this Order.

IT IS HEREBY FURTHER ORDERED that Imperial shall fully comply with the preceding paragraph no later than ten (10) days from the date of this Order using a delivery means calculated to provide prompt and reliable delivery.

IT IS HEREBY FURTHER ORDERED that Imperial shall promptly provide counsel to CSL, on an attorney's eyes only basis, with copies of the communications Imperial makes pursuant to this Order.

IT IS HEREBY FURTHER ORDERED that the following briefing and hearing schedule applies to the Motion Re: Finding of Contempt and Remedies:

1. Plaintiff's Opening Brief shall be filed by **July 21, 2006.**

2. Defendants' Brief in Opposition shall be filed by **August 4, 2006.**

3. Plaintiff's Reply shall be filed by **August 18, 2006.**

4. Hearing on the Motion Re: Finding of Contempt & Remedies is set for **September 8, 2006, at 9:30 a.m.**

IT IS SO ORDERED.

Dated: June 22, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge