TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
NANCY TOMPKINS (State Bar No. 183623)
MARY L. SHAPIRO (State Bar No. 201199)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
E-mail: mmgorelnik@townsend.com
nltompkins@townsend.com
mls@townsend.com

Attorneys for Plaintiff
CSL, L.L.C.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CSL, L.L.C., a Florida limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>IMPERIAL BUILDING PRODUCTS, INC., a company organized under the laws of Canada, and IMPERIAL BRUSH CO., LTD., a company organized under the laws of Canada,<br><br>Defendants. | Case No.: C 03-05566 JCS<br><br>**[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF CSL'S MOTION FOR FINDING OF CONTEMPT AND APPROPRIATE SANCTIONS**<br><br>Hearing Date: September 8, 2006<br>Time: 9:30 a.m.<br>Ctrm.: A, 15th Floor<br>Magistrate Judge: Hon. Joseph C. Spero |

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that the following documents in Support of Plaintiff CSL's Motion for Finding of Contempt and Appropriate Sanctions shall be filed under seal.

    a. Exhibits E, F, G, H and I to the Declaration of Thomas Neches in Support of CSL's Motion for Finding of Contempt and Appropriate Sanctions;

    b. Exhibit A to the Declaration of Michele Gaborit in Support of CSL's Motion for Finding of Contempt and Appropriate Sanctions;

    c. Exhibits A, B, C, D, E and F to the Declaration of Michael Hirsch in Support of CSL's Motion for Finding of Contempt and Appropriate Sanctions; and

    d. Exhibits F, G, H and I to the Declaration of Marc Gorelnik in Support of CSL's Motion for Finding of Contempt and Appropriate Sanctions.

The Clerk of the Court shall maintain said documents in accordance with the provisions of Civil Local Rule 79-5(f).

IT IS SO ORDERED.

Dated: __July 24, 2006_____

_____
JOSEPH C. SPERO
United States Magistrate Judge

60826206 v1

*CSL, L.L.C. v. Imperial Building Products, Inc., et al.*
[PROPOSED] ORDER GRANTING MISC. ADMIN. REQ. FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF CSL'S MOTION FOR FINDING OF CONTEMPT AND APPROPRIATE SANCTIONS
Case No. C 03-05566 JCS

2