1  KENNETH L. WILTON (SBN: 126557) kwilton@seyfarth.com
   SEYFARTH SHAW LLP
2  2029 Century Park East, Suite 3300
   Los Angeles, California 90067-3036
3  Telephone: (310) 277-7200
   Facsimile: (310) 201-5219
4
   FRANCIS J. TORRENCE (SBN 154653) ftorrence@seyfarth.com
5  SEYFARTH SHAW LLP
   560 Mission Street, Suite 3100
6  San Francisco, California 94105
   Telephone: (415) 397-2823
7  Facsimile: (415) 397-8549

8  Attorneys for Defendants
   IMPERIAL BUILDING PRODUCTS, INC. and
9  IMPERIAL BRUSH CO., LTD.

UNITED STATES DISTRICT COURT

IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSL, L.L.C., a Florida limited liability company, | Case No. C 03-05566 JCS |
| Plaintiff, | **STIPULATION RE: MODIFICATION OF BRIEFING SCHEDULE AND HEARING DATE FOR CSL'S MOTION FOR FINDING CONTEMPT AND APPROPRIATE SANCTIONS AND [PROPOSED] ORDER** |
| v. | |
| IMPERIAL BUILDING PRODUCTS, INC., a company organized under the laws of Canada, and IMPERIAL BRUSH CO., LTD., a company organized under the laws of Canada, | Current Hearing Date: September 8, 2006
Time: 9:30 am.
Ctrm.: A, 15th Floor |
| Defendants. | Magistrate Judge: Hon. Joseph C. Spero |

WHEREAS, this Court previously set a briefing schedule and hearing date for CSL's Motion for Finding Contempt and Sanctions based on the suggestions of the parties;

WHEREAS, defendants Imperial Building Products, Inc. and Imperial Brush Co. Ltd. ("Imperial") have reviewed CSL's opening brief and supporting declarations and papers, and seek additional time in which to prepare and file their opposition thereto;

WHEREAS, counsel for CSL and Imperial, based on certain conditions set forth below, have agreed to a continuation of the briefing schedule and hearing dates of three weeks (or as soon thereafter as the Court can hear the motion);

---

**Stipulation and ~~Proposed~~ Order Re: Briefing and Hearing Schedule;
Case No. C 03-05566 JCS**

1  WHEREAS, CSL has requested and Imperial has agreed that the latter will continue not
2  to promote, sell or ship fire log products containing the term "SWEEP" up until the time the
3  Court decides CSL's motion;
4  IT IS HEREBY STIPULATED by and between the parties hereto, with this Honorable
5  Court's consent, that the present briefing and hearing schedule is continued by three weeks, and
6  that the hearing on CSL's motion will take place on September 29, 2006, or as soon thereafter as
7  the Court may hear it.

8  DATED: July 31, 2006                SEYFARTH SHAW LLP

10                                      By _____
                                           Francis J. Torrence
11                                      Attorneys for Defendants
                                        IMPERIAL BUILDING PRODUCTS, INC.
12                                      AND IMPERIAL BRUSH CO., LTD.

14  DATED: July 31, 2006                TOWNSEND AND TOWNSEND AND
                                        CREW LLP

16                                      By _____
                                           Marc M. Gorelnik
17                                      Attorneys for Plaintiff
                                        CSL, L.L.C.

## ORDER

PURSUANT TO STIPULATION IT IS SO ORDERED.

Date:  August 1, 2006

_____
HONORABLE JOSEPH C. SPERO
U.S. MAGISTRATE JUDGE

(Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero)