1  KENNETH L. WILTON (SBN: 126557)
   SEYFARTH SHAW LLP
2  2029 Century Park East, Suite 3300
   Los Angeles, California 90067-3036
3  Telephone: (310) 277-7200
   Facsimile: (310) 201-5219
4
   FRANCIS J. TORRENCE (SBN: 154653)
5  SEYFARTH SHAW LLP
   560 Mission Street, Suite 3100
6  San Francisco, California 94105
   Telephone: (415) 397-2823
7  Facsimile: (415) 397-8549

8  Attorneys for Defendant
   IMPERIAL BUILDING PRODUCTS, INC. and
9  Defendant and Counterclaimant
   IMPERIAL BRUSH CO., LTD.
10
                    UNITED STATES DISTRICT COURT
11
            IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

13 | CSL, L.L.C., a Florida limited liability company, ) Case No. C 03-05566 JCS
14 |                                                  ) **[PROPOSED] ORDER GRANTING**
   |        Plaintiff,                                ) **DEFENDANTS' ADMINISTRATIVE**
15 |                                                  ) **MOTION TO FILE CERTAIN**
   |   v.                                             ) **DOCUMENTS UNDER SEAL**
16 | IMPERIAL BUILDING PRODUCTS, INC., a               )
   | company organized under the laws of Canada,      )
17 | and IMPERIAL BRUSH CO., LTD., a                   )
   | company organized under the laws of Canada,      )
18 |                                                  )
   |        Defendants.                               )
19 | _____  )
                                                      )
20   AND RELATED COUNTERCLAIMS.                       )
                                                      )
21 | _____  )

22        Having considered Defendants Imperial Building Products, Inc. and Imperial Brush Co.,

23 Ltd.'s (collectively "Imperial") Administrative Motion to File Certain Documents Under Seal,

24 pursuant to Civil L.R. 7-10 and 79-5, and GOOD CAUSE APPEARING THEREFOR:

25        IT IS HEREBY ORDERED THAT the following documents shall be filed under seal:

26        DEFENDANTS' OPPOSITION TO MOTION FOR FINDING OF CONTEMPT AND

27 APPROPRIATE SANCTIONS; DECLARATION OF MICHAEL SEMERAK IN SUPPORT

28 OF DEFENDANTS' OPPOSITION TO MOTION FOR FINDING OF CONTEMPT AND

---

[Proposed] Order Granting Defendants' Administrative Motion to File Certain Documents Under Seal – Case No. C 03-05566 JCS

APPROPRIATE SANCTIONS SUBMITTED UNDER SEAL; DECLARATION OF BRIAN M. DANIEL IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR FINDING OF CONTEMPT AND APPROPRIATE SANCTIONS; and DECLARATION OF GARETT HAZELWOOD IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR FINDING OF CONTEMPT AND APPROPRIATE SANCTIONS.

IT IS SO ORDERED.

Date: _____August 25, 2006_____    By: _____/s/ Judge Joseph C. Spero_____
Joseph C. Spero
U.S. District Court Judge
Northern District of California

SF1 28263573.1 / 37100-000002

2

[Proposed] Order Granting Defendants' Administrative Motion to File Certain Documents Under Seal – Case No. C 03-05566 JCS