TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
NANCY TOMPKINS (State Bar No. 183623)
MARY L. SHAPIRO (State Bar No. 201199)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
E-mail:    mmgorelnik@townsend.com
           nltompkins@townsend.com
           mls@townsend.com

Attorneys for Plaintiff
CSL, L.L.C.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CSL, L.L.C., a Florida limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>IMPERIAL BUILDING PRODUCTS, INC., a company organized under the laws of Canada, and IMPERIAL BRUSH CO., LTD., a company organized under the laws of Canada,<br><br>Defendants. | Case No.: C 03-05566 JCS<br><br>**[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF FINDING OF CONTEMPT AND APPROPRIATE SANCTIONS**<br><br>Hearing Date: September 29, 2006<br>Time: 9:30 a.m.<br>Ctrm.: A, 15th Floor<br>Magistrate Judge: Hon. Joseph C. Spero |

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that the following documents in Support of Plaintiff CSL's Motion for Finding of Contempt and AppropriateSanctions shall be filed under seal.

    a. Exhibits E through K to the Supplemental Declaration of Thomas Neches in Support of Finding of Contempt and Appropriate Sanctions ("Neches Supplemental Declaration");

    b. Exhibit A to the Declaration of Donna Weidman in Support of Finding of Contempt and Appropriate Sanctions ("Weidman Declaration"); and

    c. Exhibits A through G to the Declaration of Melinda Anderson in Support of Finding of Contempt and Appropriate Sanctions ("Anderson Declaration")

The Clerk of the Court shall maintain said documents in accordance with the provisions of Civil Local Rule 79-5(f).

IT IS SO ORDERED.

Dated: Sept. 12, 2006

_____
HON. Judge Joseph C. Spero
United States Magistrate Judge

60866686 v1

*CSL, L.L.C. v. Imperial Building Products, Inc., et al.*
[PROPOSED] ORDER GRANTING MISC. ADMIN. REQ. FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF FINDING OF CONTEMPT AND APPROPRIATE SANCTIONS
Case No. C 03-05566 JCS

2