```
 1   KENNETH L. WILTON (SBN: 126557)
     SEYFARTH SHAW LLP
 2   2029 Century Park East, Suite 3300
     Los Angeles, California  90067-3036
 3   Telephone:  (310) 277-7200
     Facsimile:   (310) 201-5219
 4
     FRANCIS J. TORRENCE (SBN: 154653)
 5   SEYFARTH SHAW LLP
     560 Mission Street, Suite 3100
 6   San Francisco, California 94105
     Telephone:  (415) 397-2823
 7   Facsimile:   (415) 397-8549

 8   Attorneys for Defendant
     IMPERIAL BUILDING PRODUCTS, INC. and
 9   Defendant and Counterclaimant
     IMPERIAL BRUSH CO., LTD.
10
```

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSL, L.L.C., a Florida limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IMPERIAL BUILDING PRODUCTS, INC., a company organized under the laws of Canada, and IMPERIAL BRUSH CO., LTD., a company organized under the laws of Canada,<br><br>　　　　Defendants.<br>_____<br>AND RELATED COUNTERCLAIMS.<br>_____ | Case No. C 03-05566 JCS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL** |

Having considered Defendants Imperial Building Products, Inc. and Imperial Brush Co., Ltd.'s (collectively "Imperial") Administrative Motion to File Certain Documents Under Seal, pursuant to Civil L.R. 7-10 and 79-5, and GOOD CAUSE APPEARING THEREFOR:

IT IS HEREBY ORDERED THAT the following documents shall be filed under seal:

DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION FOR FINDING OF CONTEMPT AND APPROPRIATE SANCTIONS; SUPPLEMENTAL DECLARATION OF BRIAN M. DANIEL IN SUPPORT OF DEFENDANTS'

---

[Proposed] Order Granting Defendants' Administrative Motion to File Certain Documents Under Seal – Case No. C 03-05566 JCS

SF1 28267317.1 / 37100-000002

1  SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION FOR FINDING OF CONTEMPT
2  AND APPROPRIATE SANCTIONS; SUPPLEMENTAL DECLARATION OF MICHAEL
3  SEMERAK IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION
4  TO MOTION FOR FINDING OF CONTEMPT AND APPROPRIATE SANCTIONS;
5  SUPPLEMENTAL DECLARATION OF KENNETH L. WILTON IN SUPPORT OF
6  DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION FOR FINDING
7  OF CONTEMPT AND APPROPRIATE SANCTIONS.

   IT IS SO ORDERED.

   Date: _____October 18, 2006_____          By: _____[signature]_____
                                             Joseph C. Spero
                                             U.S. Magistrate Judge
                                             Northern District of California

   [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

   SF1 28263573.1 / 37100-000002

                                    2