TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
NANCY TOMPKINS (State Bar No. 183623)
MARY L. SHAPIRO (State Bar No. 201199)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
E-mail:        mmgorelnik@townsend.com
                   nltompkins@townsend.com
                   mls@townsend.com

Attorneys for Plaintiff
CSL, L.L.C.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CSL, L.L.C., a Florida limited liability company,<br><br>                    Plaintiff,<br><br>          v.<br><br>IMPERIAL BUILDING PRODUCTS, INC., a company organized under the laws of Canada, and IMPERIAL BRUSH CO., LTD., a company organized under the laws of Canada,<br><br>                    Defendants. | Case No.:  C 03-05566 JCS<br><br>**[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF PLAINTIFF CSL'S SUPPLEMENTAL REPLY IN SUPPORT OF FINDINGS OF CONTEMPT AND APPROPRIATE SANCTIONS**<br><br>Hearing Date:  September 29, 2006<br>Time:  9:30 a.m.<br>Ctrm.:  A, 15th Floor<br>Magistrate Judge: Hon. Joseph C. Spero |

1  GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that the
2  following documents in support of Plaintiff CSL's Supplemental Reply In Support of Findings of
3  Contempt and Appropriate Sanctions shall be filed under seal.
4      a. Plaintiff CSL's Supplemental Reply In Support of Findings of Contempt and
5         Appropriate Sanctions;
6      b. Supplemental Declaration of Michael Hirsch In Support of Plaintiff CSL's
7         Supplemental Reply In Support of Findings of Contempt and Appropriate Sanctions
8         (Hirsch's Supplemental Declaration); and
9      c. Second Supplemental Declaration of Thomas M. Neches, CPA In Support of Findings
10        of Contempt and Appropriate Sanctions ("Neches' Second Supplemental Declaration")
11        and Exhibits A and B thereto;
12     The Clerk of the Court shall maintain said documents in accordance with the provisions of
13 Civil Local Rule 79-5(f).

15     IT IS SO ORDERED.

16 Dated: October 30, 2006

   HON.
   United                Judge Joseph C. Spero
                                        Judge

60902889 v1

[PROPOSED] ORDER GRANITNG MISC. ADMIN. REQ. FOR LEAVE
TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF
CSL'S SUPP. REPLY IN SUPPORT OF FINDINGS OF CONTEMPT
AND APPROPRIATE SANCTIONS
Case No. C 03-05566 JCS

2