KENNETH L. WILTON (SBN: 126557)
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3036
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

MICHAEL T. McKEEMAN (SBN: 173662)
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
IMPERIAL BUILDING PRODUCTS, INC. and
Defendant and Counterclaimant
IMPERIAL BRUSH CO., LTD.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSL, L.L.C., a Florida limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>IMPERIAL BUILDING PRODUCTS, INC., a company organized under the laws of Canada, and IMPERIAL BRUSH CO., LTD., a company organized under the laws of Canada,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 03-05566 JCS<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL |

Having considered Defendants Imperial Building Products, Inc. and Imperial Brush Co., Ltd.'s (collectively "Imperial") Administrative Motion to File Certain Documents Under Seal, pursuant to Civil L.R. 7-10 and 79-5, and GOOD CAUSE APPEARING THEREFOR:

IT IS HEREBY ORDERED THAT the following documents shall be filed under seal:

UNREDACTED DEFENDANTS' OPPOSITION TO CSL, L.L.C.'S MOTION FOR ORDER TO SHOW CAUSE RE CONTEMPT (CONTEMPT MOTION NO. 3)

---

[~~Proposed~~] Order Granting Defendants' Administrative Motion to File Certain Documents Under Seal – Case No. C 03-05566 JCS

SF1 28267317.1 / 37100-000002

1  DECLARATION OF GARETT HAZELWOOD IN SUPPORT OF DEFENDANTS'
2  OPPOSITION TO CSL, L.L.C.'S MOTION FOR ORDER TO SHOW CAUSE RE CONTEMPT (CONTEMPT MOTION NO. 3)

3  IT IS SO ORDERED.

4  Date: November 13, 2006                    By: _____
5                                                  Joseph ~~~~
                                                    U.S. D~~~~
6                                                   Northe~~~~

*[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]*

7  SF1 28263573.1 / 37100-000002

2

[Proposed] Order Granting Defendants' Administrative Motion to File Certain Documents Under Seal – Case No. C 03-05566 JCS
SF1 2826317.1 / 37100-000002