TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
NANCY TOMPKINS (State Bar No. 183623)
MARY L. SHAPIRO (State Bar No. 201199)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
E-mail:     mmgorelnik@townsend.com
            nltompkins@townsend.com
            mls@townsend.com

Attorneys for Plaintiff
CSL, L.L.C.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CSL, L.L.C., a Florida limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>IMPERIAL BUILDING PRODUCTS, INC., a company organized under the laws of Canada, and IMPERIAL BRUSH CO., LTD., a company organized under the laws of Canada,<br><br>　　　　　　　Defendants. | Case No.: C 03-05566 JCS<br><br>[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF PLAINTIFF CSL, L.L.C.'S OPPOSITION TO DEFENDANT IMPERIAL'S EVIDENTIARY OBJECTIONS AND MOTION TO STRIKE<br><br>Hearing Date: September 29, 2006<br>Time: 9:30 a.m.<br>Ctrm.: A, 15th Floor<br>Magistrate Judge: Hon. Joseph C. Spero |

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that the following document in Support of Plaintiff CSL, L.L.C.'s Opposition to Defendant Imperial's Evidentiary Objections and Motion to Strike shall be filed under seal.

Declaration of Michael Hirsch In Support of Plaintiff CSL, L.L.C.'s Opposition to Defendant Imperial's Evidentiary Objections and Motion to Strike (Hirsch's Supplemental Declaration) and Exhibits A and B thereto.

The Clerk of the Court shall maintain said documents in accordance with the provisions of Civil Local Rule 79-5(f).

IT IS SO ORDERED.

Dated: November 13, 2006

_____
HONORABLE Judge Joseph C. Spero
United States Magistrate Judge

60914198 v1

ORDER GRANITNG MISC. ADMIN. REQ. FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF CSL'S OPPOSITION TO IMPERIAL'S EVIDENTIARY OBJECTIONS AND MOTION TO STRIKE
CASE NO. C 03-05566 JCS

1