United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CSL, L.L.C.,

        Plaintiff,

    v.

IMPERIAL BUILDING PRODUCTS, INC., ET AL.,

        Defendant(s).
_____/

No. C-03-5566 JCS

**ORDER TO FILE UNDER SEAL COURT'S NOVEMBER 21, 2006 ORDER**

The Court hereby ORDERS that the following order is under seal: Order Granting in Part and Denying in Part Plaintiff's Motion for Contempt Sanctions [Docket No. 181], Striking Imperial's October 13, 2006 Supplemental Brief [Docket No. 235] and Denying Defendant's Evidentiary Objections and Motion to Strike [Docket No. 256]. The Court intends to publish the entire opinion in the public record within fourteen (14) days of the date of this Order. If any party believes that the Court's opinion contains any confidential information entitled to protection, that party shall file with the Court a declaration establishing such entitlement and any proposed redactions not later than ten (10) days from the date of this Order.

IT IS SO ORDERED.

Dated: November 21, 2006

                                                      /s/ Joseph C. Spero
                                                      JOSEPH C. SPERO
                                                      United States Magistrate Judge