| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| 2 | MARC M. GORELNIK (State Bar No. 166833) |
|   | NANCY TOMPKINS (State Bar No. 183623) |
| 3 | MARY L. SHAPIRO (State Bar No. 201199) |
|   | Two Embarcadero Center, 8th Floor |
| 4 | San Francisco, California  94111 |
|   | Telephone:  (415) 576-0200 |
| 5 | Facsimile:  (415) 576-0300 |
|   | E-mail:        mmgorelnik@townsend.com |
| 6 |                       nltompkins@townsend.com |
|   |                       mls@townsend.com |
| 7 | |
| 8 | Attorneys for Plaintiff |
|   | CSL, L.L.C. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CSL, L.L.C., a Florida limited liability company,<br><br>         Plaintiff,<br><br>    v.<br><br>IMPERIAL BUILDING PRODUCTS, INC., a company organized under the laws of Canada, and IMPERIAL BRUSH CO., LTD., a company organized under the laws of Canada,<br><br>         Defendants. | Case No.:  C 03-05566 JCS<br><br>[**PROPOSED**] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS |

1    GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that the
following document shall be filed under seal.

    [Proposed] Redacted Order

    The Clerk of the Court shall maintain said documents in accordance with the provisions of Civil Local Rule 79-5(f).

    IT IS SO ORDERED.

Dated: __December 4, 2006__       _____
                                      HONORABLE
                                      United States Magistrate Judge

60929300 v1

ORDER GRANITNG MISC. ADMIN. REQ. FOR LEAVE TO FILE UNDER
SEAL CERTAIN DOCUMENTS IN SUPPORT OF CSL'S OPPOSITION TO
IMPERIAL'S EVIDENTIARY OBJECTIONS AND MOTION TO STRIKE
CASE NO. C 03-05566 JCS

1