UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSL, L.L.C.,<br><br>            Plaintiff(s),<br><br>   v.<br><br>IMPERIAL BUILDING PRODUCTS, INC.,<br>ET AL.,<br><br>            Defendant(s).<br>_____/ | No. C-03-5566 JCS<br><br>**ORDER GRANTING MOTION FOR ORDER TO SHOW CAUSE RE CONTEMPT (CONTEMPT MOTION NO. 3)  [Docket No. 247]** |

## I.  INTRODUCTION

Plaintiff filed a Motion for Order to Show Cause re Contempt (Contempt Motion No. 3) [Docket No. 247] (hereinafter the "Motion").  After briefing, the Motion came on for hearing on December 1, 2006, at 9:30 a.m., before the undersigned.  Marc M. Gorelnik appeared on behalf of Plaintiff; Kenneth L. Wilton appeared on behalf of Defendants.  The parties treated the Motion as a motion for a finding of contempt and remedy, and the Court does so as well.

Good cause appearing, and for the reasons stated on the record, IT IS HEREBY ORDERED that the Motion is GRANTED.  Defendants are held in contempt of court.  In addition, Defendants are hereby ORDERED to do the following:

1. Within sixty (60) days of today's date, provide an accounting to the Court, with copies served on Plaintiff, of all recalls, returns and destruction of the Supersweep Plus product;

2. Within sixty (60) days of today's date, produce to Plaintiff copies of all non-privileged correspondence and records relating to the recalls, returns, and destruction of the Supersweep Plus product;

3.   Within sixty (60) days of today's date, pay to Plaintiff an amount of money equal to the costs to Defendants of the Ace Hardware circular at issue in this Motion; and

4.   Pay Plaintiff's reasonable attorneys' fees and costs incurred in connection with the Motion.

IT IS FURTHER ORDERED that on or before December 22, 2006, Plaintiff shall file a declaration detailing the reasonable attorneys' fees and costs that they seek in connection with this Motion.  In addition, by that date, Plaintiff may file any additional briefing and declarations in connection with attorneys' fees arising from but not yet awarded in the second contempt motion.[1] On or before January 5, 2007, Defendants may file responsive declarations regarding the amount of attorneys' fees to be awarded in connection with the instant motion, and declarations and briefing in response to any filings by Plaintiff on December 22, 2006, regarding attorneys' fees in connection with the second contempt motion.

IT IS SO ORDERED.

Dated: December 5, 2006

JOSEPH C. SPERO
United States Magistrate Judge

---

[1] The Court reserves the question as to whether any further attorneys' fees will be awarded in connection with that motion.