```
 1  KENNETH L. WILTON (SBN: 126557)
    SEYFARTH SHAW LLP
 2  2029 Century Park East, Suite 3300
    Los Angeles, California 90067-3036
 3  Telephone: (310) 277-7200
    Facsimile:  (310) 201-5219
 4
    MICHAEL T. McKEEMAN (SBN: 173662)
 5  SEYFARTH SHAW LLP
    560 Mission Street, Suite 3100
 6  San Francisco, California 94105
    Telephone: (415) 397-2823
 7  Facsimile:  (415) 397-8549

 8  Attorneys for Defendant
    IMPERIAL BUILDING PRODUCTS, INC. and
 9  Defendant and Counterclaimant IMPERIAL BRUSH CO., LTD.
```

## UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSL, L.L.C., a Florida limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> IMPERIAL BUILDING PRODUCTS, INC., a company organized under the laws of Canada, and IMPERIAL BRUSH CO., LTD., a company organized under the laws of Canada, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. C 03-05566 JCS <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL** |

Having considered Defendants Imperial Building Products, Inc. and Imperial Brush Co., Ltd.'s (collectively "Imperial") Administrative Motion to File Certain Documents Under Seal pursuant to Civil L.R. 7-10 and 79-5 on February 2, 2007, and GOOD CAUSE APPEARING THEREFOR:

1

1    IT IS HEREBY ORDERED THAT the following documents shall be filed under seal:

2    **UNREDACTED DECLARATION OF MICAH DONSBACH REGARDING
3    RECALL OF SUPERSWEEP PLUS FIRELOG PRODUCT**; and

4    **UNREDACTED DECLARATION OF MARIO CAISSIE REGARDING RECALL
     OF SUPERSWEEP PLUS FIRELOG PRODUCTION.**

6    IT IS SO ORDERED.

7    DATED: _____February 5_____ 2007        _____
8                                             HON. _____ C. SPERO
                                              U.S. _____ JUDGE
9                                             NORTHERN _____ CALIFORNIA

[Judge Joseph C. Spero seal]

SF1 28274581.1 / 37100-000002

2

[P̶r̶o̶p̶o̶s̶e̶d̶] Order Granting Defendants' Administrative Motion to File Certain Documents
Under Seal / Case No. C 03-05566 JCS