| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| 2 | MARC M. GORELNIK (State Bar No. 166833) |
| | NANCY TOMPKINS (State Bar No. 183623) |
| 3 | MARY L. SHAPIRO (State Bar No. 201199) |
| | Two Embarcadero Center, 8th Floor |
| 4 | San Francisco, California 94111 |
| | Telephone: (415) 576-0200 |
| 5 | Facsimile: (415) 576-0300 |
| | E-mail: mmgorelnik@townsend.com |
| 6 | nltompkins@townsend.com |
| | mls@townsend.com |
| 7 | |
| 8 | Attorneys for Plaintiff |
| | CSL, L.L.C. |
| 9 | |
| | SEYFARTH SHAW LLP |
| 10 | KENNETH WILTON (State Bar No. 126557) |
| | 2029 Century Park East, Suite 3300 |
| 11 | Los Angeles, California 90067 |
| | Telephone: (310) 277-7200 |
| 12 | Facsimile: (310) 201-5219 |
| | Email: kwilton@seyfarth.com |
| 13 | |
| 14 | Attorneys for Defendants |
| | IMPERIAL BUILDING PRODUCTS, INC. and |
| 15 | IMPERIAL BRUSH CO., LTD. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CSL, L.L.C., a Florida limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>IMPERIAL BUILDING PRODUCTS, INC., a company organized under the laws of Canada, and IMPERIAL BRUSH CO., LTD., a company organized under the laws of Canada,<br><br>    Defendants. | Case No.: C 03-05566 JCS<br><br>**STIPULATION AND ORDER AMENDING ORDER OF NOVEMBER 21, 2006 [Docket No. 289]**<br><br>Magistrate Judge: Hon. Joseph C. Spero |

1  The Court's Order of November 21, 2006 (the "Order") adjudicated plaintiff CSL's renewed Motion for Contempt Sanctions against defendants Imperial Building Products, Inc. and Imperial Brush Co., Ltd. Both Defendants responded to CSL's motion and both Defendants have appealed from the Order. The introduction to the Order, however, expressly mentions only Imperial Building Products, Inc. Accordingly, CSL moved the Court of Appeal for leave to file a motion under Federal Rule of Civil Procedure 60(a) to amend the Order to include Imperial Brush Co., Ltd. The Court of Appeal granted such motion on April 3, 2007.

Counsel for the parties have consulted and believe that the Order may properly be amended as follows. The third sentence of the first paragraph (page 1; lines 18 to 20), should be revised to add Imperial Brush Co., Ltd. within the definition of Imperial. Specifically, the underlined language below should be added to an Amended Order to be issued by the Court:

> Following the hearing, the Court granted Defendant<u>s</u> Imperial Building Products, Inc. <u>and Imperial Brush Co., Ltd.</u> ("Imperial") leave to file a supplemental brief in response to "new information" contained in CSL's reply brief.

DATED: April 27, 2007     Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By:  /s/
MARC M. GORELNIK
*Attorneys for Plaintiff*
CSL, L.L.C.

SEYFARTH SHAW LLP

By:  /s/
KENNETH L. WILTON
*Attorneys for Defendants*
IMPERIAL BUILDING PRODUCTS, INC. and
IMPERIAL BRUSH CO., LTD.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: ___ April 27 _____, 2007.

_____
HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

61039455 v1

*CSL, L.L.C. v. IMPERIAL BUILDING PRODUCTS, INC., et al.*
STIPULATION AND ORDER AMENDING ORDER OF NOVEMBER 21, 2006 [DOCKET NO. 289]
CASE NO. C 03-05566 JCS

2